```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-08-0125 EJG |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING THE STATUS |
| v. ) | CONFERENCE AND EXCLUDING TIME |
| EDWARD ROSILLO, et al., ) | |
| Defendants. ) | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Edward ROSILLO, by and through his counsel, Evans D. Prieston, Esq., defendant Gustavo BANUELOS, by and through his counsel James R. Greiner, Esq., and defendant Samuel NUNGARAY, by and through his counsel David W. Dratman, Esq., stipulate and agree that the currently-set status conference on May 2, 2008, should be continued to June 13, 2008, at 10:00 a.m.  The parties further stipulate that the time period from May 2, 2008, up to and including the new status conference date of June 13, 2008, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act, based upon the need for defense counsel to continue discussions with the government regarding resolution of the case for both defendants and investigate

1

the defendant's federal sentencing exposure.

For these reasons, the defendant, defense counsel, and the government agree additional time is required for the defense to effectively evaluate the posture of the case and prepare for trial in this case and, in addition, in the interests of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

                                           Respectfully Submitted,

                                           McGREGOR W. SCOTT
                                           United States Attorney

DATED:  May 1, 2008        By:  /s/Jason Hitt
                                           JASON HITT
                                           Assistant U.S. Attorney

DATED:  May 1, 2008        By:  /s/Jason Hitt
                                           Authorized to sign for Mr.
                                           Prieston on 04-30-08
                                           EVANS PRIESTON, Esq.
                                           Attorney for Edward ROSILLO

DATED:  May 1, 2008        By:  /s/Jason Hitt
                                           Authorized to sign for Mr.
                                           Dratman on 04-30-08
                                           DAVID DRATMAN, Esq.
                                           Attorney for Samuel NUNGARAY

DATED:  May 1, 2008        By:  /s/Jason Hitt
                                           Authorized to sign for Mr.
                                           Greiner on 04-30-08
                                           JAMES R. GREINER, Esq.
                                           Attorney for Gustavo BANUELOS

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The status conference set for May 2, 2008, at 10:00 a.m. is vacated;

2. A status conference is set for June 13, 2008, at 10:00 a.m.; and

3. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from May 2, 2008, up to and including June 13, 2008.

DATED: May 1, 2008             /s/ Edward J. Garcia
                               EDWARD J. GARCIA
                               United States District Judge