### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

### MEMORANDUM

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

FILED

SEP 29 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

RE:  Gustavo BANUELOS
     Docket Number:  2:08CR00125-01 02
     **CONTINUANCE OF JUDGMENT**
     **AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from November 4, 2009 to January 29, 2010 at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** The defendant is terminally ill and is unable to be interviewed.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

LORI V. CLANTON
Senior United States Probation Officer

REVIEWED BY:  _____
KAREN (MEUSLING) PYATT
Supervising United States Probation Officer

Dated:  September 22, 2009
        Sacramento, California
        LVC:sc

Attachment

1

Rev. 08/2007
CONTINUANCE ~ TO JUDGE (EJG).MRG

RE:  **Gustavo Banuelos**
     **Docket Number:  2:08CR00125-01**
     <u>**CONTINUANCE OF JUDGMENT AND SENTENCING**</u>

cc:  Clerk, United States District Court
     United States Attorney's Office
     United States Marshal's Office
     Federal Defender (If defense counsel is court-appointed)
     Probation Office Calendar clerk

✓ **Approved**      _____      9/28/09
                    EDWARD J. GARCIA
                    **Senior United States District Judge**      **Date**

___ **Disapproved**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number:  2:08CR00125-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| **GUSTAVO BANUELOS** | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 01/29/2010 @10:00 A.M. |
| Reply or Statement of Non-Opposition | 01/22/2010 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 01/15/2010 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 01/08/2010 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 12/31/2009 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 12/17/2009 |